**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JORDAN KACZMARCZYK | * | |
| | * | |
|     Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 21-00167-B |
| | * | |
| KILOLO KIJAKAZI, | * | |
| Acting Commissioner of | * | |
| Social Security, | * | |
| | * | |
|     Defendant. | * | |

**JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **REVERSED** and **REMANDED.**

**DONE** this **27th** day of **September, 2022.**

                                      **/s/ SONJA F. BIVINS**
                            **UNITED STATES MAGISTRATE JUDGE**