```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

```
JORDAN KACZMARCZYK,              *
                                 *
     Plaintiff,                  *
                                 *
vs.                              *
                                 *  CIVIL ACTION NO. 21-00167-B
KILOLO KIJAKAZI,                 *
Acting Commisioner of            *
Social Security,                 *
                                 *
     Defendant.                  *
```

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff Jordan Kaczmarczyk's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. 23) is hereby **GRANTED in part**, and that Plaintiff is hereby **AWARDED** attorney's fees under the Equal Access to Justice Act in the amount of **$1,325.10**, payable to Plaintiff. No costs are taxed.

**DONE** and **ORDERED** this **6th** day of **December, 2022.**

                              /s/ SONJA F. BIVINS
                         **UNITED STATES MAGISTRATE JUDGE**